have been procured in an unlawful manner by a member of the Metropolitan Police Department. Upon consideration of uncontradicted testimony as to the relevant circumstances we conclude that the articles in question were not obtained by means of any unlawful conduct on the part of the officer.

Affirmed.

---

**William H. TART, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 14567.**

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 22, 1959.

Decided Jan. 29, 1959.

Certiorari Denied April 20, 1959.

See 79 S.Ct. 893.

Mr. John A. Shorter, Jr., (appointed by this court), Washington, D. C., for appellant.

Mr. Edward C. O'Connell, Asst. U. S. Atty., with whom Messrs. Oliver Gasch, U. S. Atty., and Carl W. Belcher, Asst. U. S. Atty., were on the brief, for appellee.

Before FAHY, DANAHER and BASTIAN, Circuit Judges.

PER CURIAM.

This appeal is from a judgment of conviction for violation of the narcotic laws, 26 U.S.C. § 4744(a) (Supp. V, 1958). The appeal questions the admissibility in evidence of certain articles claimed to

**John H. DAVIS, Appellant,**

v.

**STANDARD ACCIDENT INSURANCE COMPANY, a corporation, Appellee.**

**No. 14419.**

United States Court of Appeals
District of Columbia Circuit.

Argued Jan. 15, 1959.

Decided Jan. 29, 1959.

Mr. Dexter M. Kohn, Washington, D. C., with whom Mr. J. E. Bindeman, Washington, D. C., was on the brief, for appellant.

Mr. Lowry N. Coe, Washington, D. C., for appellee.

Before EDGERTON, FAHY, and BASTIAN, Circuit Judges.

PER CURIAM.

This appeal is from a summary judgment for appellee insurance company in its suit against appellant, who had agreed to indemnify appellee against loss caused by executing a contractor's bond. We find no error.

Affirmed.